1  BRUCE C. YOUNG, ESQ., Bar # 5560
   CRYSTAL J. HERRERA, ESQ., Bar # 12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811

5  Attorneys for Defendant,
   THI of NEVADA AT LAS VEGAS, I, LLC
6

7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11  SHEA ELLIOT, an individual,          Case No. 2:15-cv-00134-RFB-PAL

12              Plaintiff,

13  vs.                                  STIPULATION FOR DISMISSAL OF
                                         ENTIRE ACTION WITH PREJUDICE
14  THI of NEVADA AT LAS VEGAS, I,
    LLC; a Foreign Limited Liability
15  Company, D/B/A HARMON MEDICAL
    REHABILITATION HOSPITAL; DOES 1
16  through 10 inclusive; ROES
    CORPORATIONS/ENTITIES 1 through
17  10 inclusive,

18              Defendant.

19

20        The parties to this litigation, by and through their respective counsel of record, hereby

21  stipulate and respectfully request that the Court enter an order dismissing this action in its entirety,

22  with prejudice.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON, P.C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that each party will bear its own costs and fees.

Dated: June _____, 2015

Respectfully submitted,

_____
M. LANI ESTEBAN-TRINIDAD, ESQ.
ESTEBAN-TRINIDAD LAW, P.C.

Attorney for Plaintiff,
SHEA ELLIOT

Dated: June _____, 2015

Respectfully submitted,

_____
BRUCE C. YOUNG, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
THI OF NEVADA AT LAS VEGAS I, LLC
dba HARMON MEDICAL
REHABILITATION CENTER

## ORDER

**IT IS SO ORDERED.**

Dated:  June 17, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.